2006 – 2010 National Distribution Agreement

## ADDENDUM C
## NATIONAL DISTRIBUTION AGREEMENT

### Acceptance of Agreement

The undersigned has read and hereby agrees with the Union to accept and be bound by all of the terms and conditions of the National Distribution Agreement for the United States of America, between the Distribution Contractors Association, Signatory Contractors and the Laborers' International Union of North America, and also agrees to be bound by all renewals, changes or extensions thereto made by the original parties, unless notice of termination is given in writing by either the Union or the Employer to the other party no less than sixty (60) days nor more than ninety (90) days prior to any termination date.

FOR THE EMPLOYER: Please type or print the following information

COMPANY NAME: AMS HYDRO EXCAVATION

SIGNATURE: Don Stefanich

NAME/TITLE: DON STEFANICH GENERAL MGR.

ADDRESS N471 LOIS LANE

CITY, STATE, ZIP: RANDOM LAKE WI. 53075

TELEPHONE/FAX: 920-838-3010

DATE: 4.09.08

FOR THE UNION:

TERENCE M. O'SULLIVAN
General President

DATE: _____

Please forward this document to the following address:

Laborers' International Union of North America
Construction Department
905 - 16th Street, N.W.
Washington, D.C. 20006

EXHIBIT 1

AMS HYDRO001